UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
MAR 27 PM 6:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HIRAM TRABAL,
    Plaintiff,

v.      Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #6 - Motion Requesting Amendment Of Plaintiff's Complaint. | Granted |

Date: ~~January~~ March 23, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge