# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                          Date:    April 24, 2000


HIRAM TRABAL HERNANDEZ, et al      *
                                   *
        Plaintiffs                 *
                                   *
    vs.                            *          Civil 98-1233 (PG)
                                   *
                                   *
SEA LAND SERVICE, INC., et al      *
                                   *
        Defendants                 *
                                   *
-------------------------------------------*


By Order of the Court a status conference in the above captioned case is hereby

set for **Wednesday, May 3, 2000,** at 8:30 A.M.  This proceeding will be held before

Honorable Juan M. Pérez-Giménez.


                                          _____
                                                Lida Isis Egelé
                                                Courtroom Deputy


s/c:    Harry Ezratty
        Pedro Manzano