# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                     Date:  May 2, 2000

HIRAM TRABAL

    Plaintiff

    v.                                    **Civil 98-1233 (PG)**

SEA LAND SERVICE, INC.

    Defendant

------------------------------------------------------

By Order of the Court the motion for continuance filed by the plaintiff in the above captioned case (dkt. #11), is granted.  The status conference which was set for tomorrow, May 3, 2000, is hereby reset for **Thursday, May 18, 2000, at 8:30 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

 

Lida Isis Egelé
Courtroom Deputy

s/c:   Harry Ezratty   (Notified by phone: personally)
        Pedro Manzano    "     "     "    Linnette