IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL HERNANDEZ, ET AL

    Plaintiff

    v.                                             CIV. NO. 98-1233 (PG)

SEA LAND SERVICE, INC., ET AL

    Defendants

---

### ORDER

The undersigned judge recuses himself in this case. The case is to be reassigned to Judge Juan M. Pérez Giménez.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of September, 2000.

                                      JAY A. GARCIA-GREGORY
                                      U.S. District Judge