UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

HIRAM TRABAL HERNANDEZ, ET AL.,     *
    Plaintiffs,     *
     *
    v.     *     CIVIL NO. 98-1233(PG)
     *
SEA LAND SERVICE, INC., ET AL.,     *
    Defendants.     *

### ORDER TO SHOW CAUSE

After a review of the docket in this case, it appears that Plaintiffs have been inactive for a protracted period of time which will lead to a dismissal of Plaintiffs' case unless they can show cause not to do so.

Plaintiffs, are therefore **Order To Show Cause within ten (10) days** as to why this case should not be dismissed for lack of prosecution. Failure to answer within the deadline imposed by the Court will result in an immediate dismissal with prejudice.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _April  24_, 2001.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)