# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                              Date:  May 8, 2001

HIRAM TRABAL HERNANDEZ, et al      \*

   Plaintiffs                                         \*

   v.                                                      \*        **Civil 98-1233 (PG)**

SEA LAND SERVICE, INC., et al             \*

   Defendants                                      \*

-------------------------------------------------\*

By Order of the Court a second status conference is hereby set for **Thursday, May 24, 2001, at 8:30 A.M.**  This proceeding will be held before Hon. Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:  Harry Ezratty
      Pedro Manzano