

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 MAY 30 AM 9:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

## MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: May 24, 2001 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1233 (PG) |

===============================================================

| | |
|---|---|
| HIRAM TRABAL HERNANDEZ, et al | <u>Attorneys:</u> Harry EZRATTY |
| vs. | |
| SEA LAND SERVICE, INC., et al | Pedro MANZANO (by phone) |

===============================================================

SECOND STATUS CONFERENCE held in chambers. The plaintiffs need forty-five days to complete all the discovery. Counsel will meet and work out a scheduling timetable.

**A third status conference is set for July 10, 2001, at 8:30 A.M.**

_____
Lida Isis EGELE
Courtroom Deputy

s/c:    Ezratty
        Manzano

(20)