UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.  Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
| --- | --- |
| Docket #21- Informative Motion | **NOTED** - Plaintiff is to keep the Court informed as to the result of the meeting between the parties |

Date: June 22, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge


