# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: July 10, 2001 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1233 (PG) |

===================================================================

| | |
|---|---|
| HIRAM TRABAL HERNANDEZ, et al | <u>Attorneys:</u>  Harry EZRATTY |
| vs. | |
| SEA LAND SERVICE, INC., et al | Luis COLON |

===================================================================

THIRD STATUS CONFERENCE held in chambers. The parties filed a discovery schedule on June 12, 2001. The plaintiffs have two experts: Dr. Roberto Coira, psychiatrist, and Dr. Hernández Morales, cardiologist.

**A pretrial conference is set for October 25, 2001, at 8:30 A.M.**

                                          Lida Isis EGELE
                                          Courtroom Deputy

s/c:   Ezratty
       Manzano


