# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



## MINUTES OF PROCEEDINGS

HONORABLE **JUAN M. PEREZ-GIMENEZ**           DATE: 10-25-01

                                              CV. NO: 98-1233 (PG)

COURTROOM DEPUTY: BECKY AGOSTINI

================================================================

HIRAM TRABAL-HERNANDEZ, ET. AL.        **Attorneys:**
                                       HARRY EZRATTY, ESQ.
                                       EDWIN GUILLOT, ESQ.

vs.

SEA LAND SERVICE, INC., ET. AL.        LUIS COLON, ESQ.
                                       PEDRO MANZANO-YATES, ESQ.

================================================================

Pretrial Conference held in chambers. Defendants will take the deposition of plaintiffs' Medical Expert, Dr. Roberto Coira (psychiatrist) on November 15, 2001 at 9:30 a.m. The plaintiffs will also submit to the defendants on or before December 21, 2001, the medical file of plaintiff's treating cardiologist. Thirty days thereafter, the defendants shall announce if any medical experts will be used by them and then submit their curriculum vitaes. Any expert deposition shall be taken during the month of February 2002. **Further Pretrial Conference is set for March 20th, 2002, at 8:30 a.m.**

REBECCA AGOSTINI
Courtroom Deputy Clerk

Parties to be notified.