UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 FEB 22 PM 1: 0
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

HIRAM TRABAL,
    Plaintiff,

v.      Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #24 - MOTION FOR ORDER REQUIRING TREATING PHYSICIAN TO APPEAR TO DEPOSITION WITHOUT COLLECTING HOURLY FEES FOR HIS SERVICE. | **GRANTED.** As long as psychiatrist is being deposed in his capacity as a treating physician, he is not entitled to hourly fees. |

Date: _February 20_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge