# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 MAR 25 PM 2: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: March 20, 2002

COURTROOM DEPUTY: Lida Isis EGELE         CIVIL CASE: 98-1233 (PG)

==================================================================

HIRAM TRABAL HERNANDEZ, et al            Attorneys: Harry EZRATTY
                                                    Edwin J. GUILLOT
vs.

SEA LAND SERVICE, INC., et al            Luis COLON

==================================================================

FURTHER PRETRIAL CONFERENCE held in chambers. A draft of the PT Order was shown to the Court. Pending discovery is discussed. The defendants will file a motion requesting leave to file a motion for summary judgment. They are granted until March 28, 2002, to do so. The plaintiffs are granted until April 5, 2002, to file any opposition they may have to the request for this extension of time. A joint Pretrial Order is to be submitted by March 27, 2002.

This case is referred to Hon. Robert J. Ward for a settlement conference.

_____
Lida Isis EGELE
Courtroom Deputy

s/c:  Ezratty
      Guillot
      Manzano