# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: March 22, 2002

| | |
|---|---|
| HIRAM TRABAL HERNANDEZ, et al | * |
| Plaintiffs | * |
| v. | *  Civil 98-1233 (PG) |
| SEA LAND SERVICE, INC., et al | * |
| Defendants | * |

By Order of the Court a settlement conference is hereby set for **Monday, April 1, 2002, at 3:00 P.M.** This proceeding will be held before Hon. Robert J. Ward, visiting judge from the Southern District of New York.

Lida Isis Egelé
Courtroom Deputy

s/c:  Harry Ezratty
      Edwin J. Guillot
      Pedro Manzano