UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



HIRAM TRABAL,
    Plaintiff,

v.                              Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket # 31 - REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL REPORT. | **GRANTED.** |

Date: _March 28_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge