UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
02 APR 26 AM 10 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

HIRAM TRABAL,
    Plaintiff,

v.                           Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #32 - REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT. | **GRANTED.** The Clerk of Court shall file the Motion for Summary Judgment. |

Date: _April 25_, 2002.

_/s/ Juan M. Pérez-Giménez_
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

s/cs:to ( ✓ )
attys/pts
in ICMS
4/26/02