UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 MAY 14 AM 11:50
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

HIRAM TRABAL,
    Plaintiff,

v.                            Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #42 - PLAINTIFF'S OPPOSITION TO DEFENDANT'S FILING OF REPLY. | **MOOT.** The Motion for leave to File a Motion for Summary Judgment has been granted by the Court (Docket No. 40). The Reply shall not be filed since no leave was obtained from the Court and the matter has been resolved. |

Date: _____May 10_____, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge