UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.                                    Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #44 - MOTION REQUESTING AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [MOTION FOR SUMMARY JUDGMENT] | **GRANTED.** The Opposition to the Motion for Summary Judgment shall be filed on or before June 14, 2002. Defendant is then granted until June 28, 2002 to file a Reply to the Opposition if it so wishes. Said Reply shall be limited to fifteen (15) pages. |

Date: May 28th, 2002.

                                      U.S.M.J.

                                    GUSTAVO A. GELPI
                                    U.S. Magistrate Judge