UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.      Civil No. 98-1233 (PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #47 - REQUEST FOR BRIEF EXTENSION OF TIME TO FILE REPLY. | **GRANTED.** The Reply shall be filed on or before July 3, 2002. |
| Docket #48 - MOTION REQUESTING WITHDRAWAL OF REPRESENTATION. | **GRANTED.** The Clerk of Court is instructed to address all notifications to Atty. Pedro J. Manzano Yates. |

Date: July ___, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge