UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.                                          Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #49 - REQUEST FOR ADDITIONAL BRIEF EXTENSION OF TIME TO REPLY. | **GRANTED.** The Reply shall be filed on or before July 9, 2002. |

Date: July 9, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge