UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.                                          Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #50 - INFORMATIVE MOTION AND NOTICE OF RELOCATION OF OFFICE. | **NOTED.** The Motion for Summary Judgment pending in this matter is considered submitted. |

Date: July _11_, 2002.

                                JUAN M. PEREZ-GIMENEZ
                                U.S. District Judge


