UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.                                    Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #52 - MOTION REQUESTING LEAVE TO FILE REPLY BRIEF IN EXCESS OF 15 PAGE LIMIT. | **GRANTED.** |

Date: July 17, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge