UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.                                            Civil No. 98-1233 (PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #-- - PRE-TRIAL CONFERENCE. | A Pre-Trial/Settlement Conference is hereby set for September 19, 2002 at 9:15 a.m. before Hon. Judge Perez-Gimenez. |

Date: September 9, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



