# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ         DATE:  September 19, 2002

COURTROOM DEPUTY: Lida Isis EGELE         CIVIL CASE:  98-1233 (PG)

===================================================================

HIRAM TRABAL HERNANDEZ, et al            <u>Attorneys:</u>  Harry EZRATTY
                                         Edwin J. GUILLOT
vs.

SEA LAND SERVICE, INC., et al            Pedro MANZANO

===================================================================

PRETRIAL/SETTLEMENT CONFERENCE held in chambers.  The plaintiffs are granted thirty days to file their opposition to the motion for reconsideration filed by the defendants concerning the denial of the motion for summary judgment.

The plaintiffs will file a motion requesting that the Court orders Dr. Coira to sign the transcript of his deposition and to return it to them

_____
Lida Isis EGELE
Courtroom Deputy


