# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
02 NOV -5 PM 1: 06

HIRAM TRABAL,
    Plaintiff,

       v.                                    Civil  No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket # 62 - PLAINTIFF'S INFORMATIVE MOTION | **NOTED.** Extension of time **GRANTED**, as requested. |

Date: ____November____ /__, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



