**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
'03 JAN 21 AM 11: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

HIRAM TRABAL,
      Plaintiff,

            v.                                    Civil  No. 98-1233(PG)

SEA LAND SERVICE, INC.
      Defendant.

| MOTION | ORDER |
|---|---|
| Docket # 65 – MOTION WITHDRAWING MOTION TO AMEND PRE-TRIAL ORDER | **GRANTED.** |

Date: _January_ _17_, 2003.


                                    _Juan M. Pérez-Giménez_
                                    JUAN M. PEREZ-GIMENEZ
                                    U.S. District Judge