# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:  April 4, 2003

HIRAM TRABAL HERNANDEZ, et al      *
                                   *
        Plaintiffs                 *
                                   *
        v.                         *        **Civil 98-1233 (PG)**
                                   *
SEA LAND SERVICE, INC., et al      *
                                   *
        Defendants                 *
                                   *
-------------------------------------------------*


By Order of the Court a pretrial conference is hereby set for **Tuesday, April 15, 2003, at 8:45 A.M.**  This proceeding will be held before Hon. Robert J. Ward, visiting judge from the Southern District of New York.


Lida Isis Egelé
Courtroom Deputy


s/c:    Harry Ezratty
        Pedro Manzano