# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                           DATE: April 23, 2003

HIRAM TRABAL HERNANDEZ, et al.                   **Civil No. 98-1233 (PG)**

VS.

SEA LAND SERVICE, INC., et al.

---

    **BY ORDER OF THE COURT**, this case is hereby set for Settlement Conference on **April 28, 2003 at 11:00 a.m.** before Honorable Robert J. Ward.

_____
Courtroom Deputy

Parties to be notified