UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRAM TRABAL,
    Plaintiff,

v.       Civil No. 98-1233(PG)

SEA LAND SERVICE, INC.
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket # 75 - NOTICE OF VOLUNTARY DISMISSAL | **ACCEPTED.** |

Date: _____May 20_____, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge