UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

HIRAM TRABAL HERNANDEZ, ET AL., *
    Plaintiffs, *
     *
v. * Civ. No. 98-1233(PG)
     *
SEA LAND SERVICES, INC., ET AL., *
    Defendant. *
     *
*********************************

## JUDGMENT

The Court having accepted the parties' "Stipulation of Voluntary Dismissal," it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED WITH PREJUDICE** as to all defendants, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, _____May 20_____, 2003.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge